IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-53-BLG-SPW-TJC |
| Plaintiff, | |
| vs. | **FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |
| FLOYD EUGENE FARNSLEY, JR., | |
| Defendant. | |

The Defendant, by consent, appeared before me under Fed. R. Crim. P. 11 and entered a plea of guilty to all counts of the Indictment (Doc. 1), which charges the crimes of being a felon in possession of a firearm (Count I), in violation of 18 U.S.C. § 922(g)(1); and being in possession of a firearm after having been convicted of a misdemeanor crime of domestic violence (Count II), in violation of 18 U.S.C. § 922(g)(9).

After examining the Defendant under oath, the Court determined:

1.  That the Defendant is fully competent and capable of entering an informed and voluntary plea to the criminal offenses charged against him;

2.  That the Defendant is aware of the nature of the charges against him and the consequences of pleading guilty to the charges;

3.  That the Defendant fully understands his pertinent constitutional rights and the extent to which he is waiving those rights by pleading guilty to the criminal offenses charged against him; and

4.  That his pleas of guilty to the criminal offenses charged against him are knowingly and voluntarily entered, and are supported by independent factual grounds sufficient to prove each of the essential elements of the offenses charged.

Defendant entered the guilty pleas without a written plea agreement, and counsel represented that no more favorable plea agreement offers were made.

Therefore, I recommend that the Defendant be adjudged guilty of the charges in Counts I and II of the Indictment and that sentence be imposed.

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days after the filing of the Findings and Recommendation.  28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

DATED this 6th day of July, 2017.


_____
TIMOTHY J. CAVAN
United States Magistrate Judge