
FILED
AUG 31 2017
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-53-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| FLOYD EUGENE FARNSLEY, JR., | |
| Defendant. | |

The United States has filed an Unopposed Motion to Dismiss Forfeiture Count (Doc. 21). For good cause being shown,

IT IS HEREBY ORDERED, that the forfeiture count in the above-captioned case is **DISMISSED** with prejudice.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 30th day of August, 2017.

SUSAN P. WATTERS
United States District Judge

1